```
1  MELINDA L. HAAG, SBN CA 132612
   United States Attorney
2  GRACE M. KIM, SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN, SBN CO 35181
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Telephone:  (415) 977-8975
        Facsimile:  (415) 744-0134
7       E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JANNIE M. HARRIS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　Defendant. | CASE NO.  1:12-CV-3845-NJV<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO SUBSTITUTE CAROLYN W. COLVIN FOR DEFENDANT MICHAEL J. ASTRUE |

　　　The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Carolyn W. Colvin, Acting Commissioner of Social Security, be substituted for Defendant Michael J. Astrue, former Commissioner of Social Security.  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

//

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: April 29, 2013 | */s/ Bess M. Brewer* |
| | | (As authorized via e-mail) |
| 3 | | BESS M. BREWER |
| | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: April 29, 2013 | MELINDA L. HAAG |
| | | United States Attorney |

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: ~~May 1, 2013~~

_____
NANDOR J. VADAS
United States Magistrate Judge

2