1  MELINDA L. HAAG, SBN CA 132612
   United States Attorney
2  GRACE M. KIM, SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN, SBN CO 35181
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Telephone:  (415) 977-8975
        Facsimile:  (415) 744-0134
7       E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      EUREKA DIVISION

14  JANNIE M. HARRIS,                )
                                     )   CASE NO.  1:12-CV-3845-NJV
15       Plaintiff,                  )
                                     )
16       v.                          )   STIPULATION AND ~~PROPOSED~~ ORDER
                                     )   TO SUBSTITUTE CAROLYN W. COLVIN
17  CAROLYN W. COLVIN, Acting        )   FOR DEFENDANT MICHAEL J. ASTRUE
    Commissioner of Social Security, )
18                                   )
         Defendant.                  )
19  _____)

21       The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

22  of the attached Order, that Carolyn W. Colvin, Acting Commissioner of Social Security, be substituted

23  for Defendant Michael J. Astrue, former Commissioner of Social Security.  Carolyn W. Colvin became

24  the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the

25  Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the

26  defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence

27  of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

28  //

|    |    |    |
|----|----|----|
| 1  |    | Respectfully submitted, |
| 2  | Dated: April 29, 2013 | */s/ Bess M. Brewer* |
| 3  |    | (As authorized via e-mail)<br>BESS M. BREWER<br>Attorney for Plaintiff |
| 4  |    |    |
| 5  | Dated: April 29, 2013 | MELINDA L. HAAG<br>United States Attorney |

*/s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: ~~May 1, 2013~~

_____
NANDOR J. VADAS
United States Magistrate Judge